UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

R. SHANE FORREST,

                      Plaintiff,

v.

CLOVER GROUP, INC.,
CLOVER MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT WEST CORP.,
THE CARLYLE GROUP,
CARLYLE CLOVER PARTNERS, L.P.,
CARLYLE CLOVER PARTNERS 2, L.P.,
CLOVER COMMUNITIES FUND I, L.P.,
CLOVER COMMUNITIES FUND II, L.P.,
CLOVER COMMUNITIES FUND III, L.P.,
CLOVER COMMUNITIES FUND IV, L.P.,
CLOVER COMMUNITIES FUND V, L.P.,
CLOVER COMMUNITIES FUND V, LLC,
MICHAEL L. JOSEPH,
ALLISON H. JOSEPH PENDLETON,
RICHARD A. GREENSPAN, and
ROBERT D. JACK,

                      Defendants.

***MEDIATION CERTIFICATION***

1:23-cv-557 EAW/MJP

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☒ Mediation session was held on <u>02/01/2024</u>.

    ☒ ***Case has settled.*** The parties have been instructed to file a stipulation for dismissal pursuant to Rule 41.1 of the Local Rules of Civil Procedure for the Western District of New York.

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☐ ***Case has not settled.***

**Date:** <u>02/02/2024</u>            **Mediator:** <u>*/s/ Vivian M. Quinn*</u>

**Additional Comments:**
_____
_____

4861-7889-3730.1