

**Alexandria Rowen**
Associate
Direct Dial: 716.848.1759
Arowen@hodgsonruss.com

February 16, 2024

**VIA CM/ECF**

Hon. Elizabeth A. Wolford
United States District Judge
100 State Street
Rochester, New York 14614

Dear Judge Wolford:

      Re:    Forrest v. Clover Group, Inc., et al. (Case No. 1:23-cv-00557)

      The above-referenced action has been settled. We represent the Clover defendants. We write to provide an update pursuant to the Court's February 2, 2024 Order directing either a stipulation of discontinuance or other appropriate document be filed by February 16, 2024. Dkt. 76. The Parties are in the process of finalizing the settlement, and we are awaiting Plaintiff's comments on and execution of the settlement agreement. Once the settlement agreement is executed, a stipulation of discontinuance will be filed in short order.

      Thank you for your consideration.

      Respectfully yours,

      Alexandria N. Rowen

ANR:

cc:    All Counsel of Record
      (*via CM/ECF*)