UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

R. SHANE FORREST,

                 Plaintiff,

    v.                                     Index No.:  1:23-cv-00557

CLOVER GROUP, INC.,
CLOVER MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT WEST
CORP.,
CLOVER COMMUNITIES FUND I, L.P.,
CLOVER COMMUNITIES FUND II, L.P.,
CLOVER COMMUNITIES FUND III, L.P.,
CLOVER COMMUNITIES FUND IV, L.P.,
CLOVER COMMUNITIES FUND V, L.P.,
CLOVER COMMUNITIES FUND V, LLC,
MICHAEL L. JOSEPH,
ALLISON H. JOSEPH PENDLETON,
RICHARD A. GREENSPAN, and
ROBERT D. JACK,

                 Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

plaintiff and the defendants, by their undersigned counsel, stipulate that all claims, causes of

action, and counterclaims should be dismissed on the merits, with prejudice, and without costs or

attorneys' fees to any party.

Dated: February 20, 2024

**ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS**
*Attorneys for R. Shane Forrest*

By:
        Nathan D. McMurray, Esq.
225 Broadway, Suite 225
New York, New York 10007
(212) 285-1400

Dated: February __, 2024

**LIPSITZ GREEN SCIME CAMBRIA LLP**
*Attorneys for Richard A. Greenspan*


By:
        Joseph J. Manna, Esq.
        Christopher R. Poole, Esq.
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333


Dated: February __, 2024

**HODGSON RUSS LLP**

*Attorneys for Clover Group, Inc., Clover Management, Inc.,
Clover Construction Management, Inc., Clover Construction
Management West Corp., Clover Communities Fund I, L.P.,
Clover Communities Fund II, L.P., Clover Communities
Fund III, L.P., Clover Communities Fund IV, L.P., Clover
Communities Fund V, L.P., Clover Communities Fund V, LLC,
Michael L. Joseph, Allison H. Joseph Pendleton, Robert Jack*


By:
        Adam W. Perry, Esq.
        Alexandria N. Rowen, Esq.
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York 14202
(716) 856-4000

17148601v1

Dated: February __, 2024

**ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS**
*Attorneys for R. Shane Forrest*


By:

     Nathan D. McMurray, Esq.
225 Broadway, Suite 225
New York, New York 10007
(212) 285-1400

Dated: February 22, 2024

**LIPSITZ GREEN SCIME CAMBRIA LLP**
*Attorneys for Richard A. Greenspan*


By:  s/ Christopher R. Poole, Esq.
     Joseph J. Manna, Esq.
     Christopher R. Poole, Esq.
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333


Dated: February 22, 2024

**HODGSON RUSS LLP**

*Attorneys for Clover Group, Inc., Clover Management, Inc.,
Clover Construction Management, Inc., Clover Construction
Management West Corp., Clover Communities Fund I, L.P.,
Clover Communities Fund II, L.P., Clover Communities
Fund III, L.P., Clover Communities Fund IV, L.P., Clover
Communities Fund V, L.P., Clover Communities Fund V, LLC,
Michael L. Joseph, Allison H. Joseph Pendleton, Robert Jack*


By: s/ Alexandria N. Rowen, Esq.
     Adam W. Perry, Esq.
     Alexandria N. Rowen, Esq.
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York 14202
(716) 856-4000

17148601v1