UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

R. SHANE FORREST,

                                              Plaintiff,

    v.                                                               Index No.: 1:23-cv-00557

CLOVER GROUP, INC.,
CLOVER MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT, INC.,
CLOVER CONSTRUCTION MANAGEMENT WEST
CORP.,
CLOVER COMMUNITIES FUND I, L.P.,
CLOVER COMMUNITIES FUND II, L.P.,
CLOVER COMMUNITIES FUND III, L.P.,
CLOVER COMMUNITIES FUND IV, L.P.,
CLOVER COMMUNITIES FUND V, L.P.,
CLOVER COMMUNITIES FUND V, LLC,
MICHAEL L. JOSEPH,
ALLISON H. JOSEPH PENDLETON,
RICHARD A. GREENSPAN, and
ROBERT D. JACK,

                                              Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

        Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff and the defendants, by their undersigned counsel, stipulate that all claims, causes of action, and counterclaims should be dismissed on the merits, with prejudice, and without costs or attorneys' fees to any party.

Dated: February 20, 2024

**ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS**
*Attorneys for R. Shane Forrest*

*/s/ Shane Forrest*

By:
    Nathan D. McMurray, Esq.
225 Broadway, Suite 225
New York, New York 10007
(212) 285-1400

Dated: February __, 2024

**LIPSITZ GREEN SCIME CAMBRIA LLP**
*Attorneys for Richard A. Greenspan*

By:
    Joseph J. Manna, Esq.
    Christopher R. Poole, Esq.
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333

Dated: February __, 2024

**HODGSON RUSS LLP**
*Attorneys for Clover Group, Inc., Clover Management, Inc., Clover Construction Management, Inc., Clover Construction Management West Corp., Clover Communities Fund I, L.P., Clover Communities Fund II, L.P., Clover Communities Fund III, L.P., Clover Communities Fund IV, L.P., Clover Communities Fund V, L.P., Clover Communities Fund V, LLC, Michael L. Joseph, Allison H. Joseph Pendleton, Robert Jack*

By:
    Adam W. Perry, Esq.
    Alexandria N. Rowen, Esq.
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York 14202
(716) 856-4000

17148601v1

| | |
|---|---|
| Dated: February __, 2024 | Dated: February 22, 2024 |
| **ADVOCATES FOR JUSTICE, CHARTERED ATTORNEYS**<br>*Attorneys for R. Shane Forrest* | **LIPSITZ GREEN SCIME CAMBRIA LLP**<br>*Attorneys for Richard A. Greenspan* |
| By:<br>     Nathan D. McMurray, Esq.<br>225 Broadway, Suite 225<br>New York, New York 10007<br>(212) 285-1400 | By:  <u>s/ Christopher R. Poole, Esq.</u><br>     Joseph J. Manna, Esq.<br>     Christopher R. Poole, Esq.<br>42 Delaware Avenue, Suite 120<br>Buffalo, New York 14202<br>(716) 849-1333 |

Dated: February 22, 2024

**HODGSON RUSS LLP**
*Attorneys for Clover Group, Inc., Clover Management, Inc., Clover Construction Management, Inc., Clover Construction Management West Corp., Clover Communities Fund I, L.P., Clover Communities Fund II, L.P., Clover Communities Fund III, L.P., Clover Communities Fund IV, L.P., Clover Communities Fund V, L.P., Clover Communities Fund V, LLC, Michael L. Joseph, Allison H. Joseph Pendleton, Robert Jack*

By: <u>s/ Alexandria N. Rowen, Esq.</u>
     Adam W. Perry, Esq.
     Alexandria N. Rowen, Esq.
The Guaranty Building
140 Pearl Street – Suite 100
Buffalo, New York 14202
(716) 856-4000

**SO ORDERED**

_____
**ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT**
   **Dated: February 22, 2024**